An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

TIMOTHY KEITH JUDD; AND
WILMAR CONTRACTING, INC.,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
NANCY L. ALLF, DISTRICT JUDGE,
Respondents,
and
JOSEPH WEINBERG; AND KARLA
DAVIS LYONS,
Real Parties in Interest.

No. 68848

FILED

NOV 13 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This is an original petition for a writ of mandamus or prohibition challenging a district court order granting a motion to amend an earlier stipulated dismissal order. Having considered the petition, we are not persuaded that petitioners have met their burden to demonstrate that our extraordinary discretionary intervention is warranted. NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 818 P.2d 849 (1991). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Douglas

SUPREME COURT
OF
NEVADA

(O) 1947A

15-34627

cc: Hon. Nancy L. Allf, District Judge
Hawkins Melendrez, P.C.
Patti, Sgro & Lewis
Law Office of William F. Birardi, LLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2